**2009-1626. State ex rel. R.W. v. Sweeney.**
Cuyahoga App. No. 93414. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to consolidate this case with case No. 2009-1624, *State ex rel. R.W. v. Sweeney*, Cuyahoga App. No. 93415, 2009-Ohio-3743,

It is ordered by the court that the motion is granted, and the causes are consolidated for briefing and decision. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2009-1256. State ex rel. Hughley v. Berens.**
Fairfield App. No. 2009-CA-24, 2009-Ohio-3277. On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On October 26, 2009, Hughley submitted a motion for leave to file motion for extension of time to file a merit brief. Upon review of the proffered motion for leave,

It is ordered by the court that Kevin Hughley's motion for leave is denied.

Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly, it is further ordered by the court, sua sponte, that this case is dismissed.

**2009-1538. Torrance v. Court of Appeals, First Appellate Dist.**
In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009-1630. State ex rel. Sickles v. Jackson Cty. Sheriff's Office.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009-1709. Torrance v. U.S. Dept. of Hous. & Urban Dev.**
In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009-1710. Torrance v. Allen.**
In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009-1711. Torrance v. Meyers.**
In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009–1712. Torrance v. Mallory.**

In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009–1713. Torrance v. Nadel.**

In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009–1714. Torrance v. HSBC Auto Fin., Inc.**

In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009–1720. Torrance v. Cooper.**

In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009–1721. Torrance v. Metz.**

In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009–1722. Torrance v. Winkler.**

In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.

**2009–1723. Torrance v. Winkler.**

In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed and all pending motions are denied as moot.